U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 30 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| V. | PENDING HEARING PURSUANT TO |
| | BAIL REFORM ACT |
| MARCO M. FLORES | Case Number: **4:12-MJ-116** |

Upon motion of the Assistant United States Attorney, it is ordered that a detention hearing and a preliminary hearing are set for Wednesday, April 4, 2012 at 10:30 a.m. before United States Magistrate Judge Jeffrey L. Cureton, 501 W. 10th Street, Fort Worth, Texas.

Pending these hearings, the defendant shall be held in custody by the United States Marshal and produced for the hearings.

Signed:        March 30, 2012

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. Section 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. Section 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.