


ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. |
| MARCO A. FLORES (1) | § | |

4-12CR-097-A

INDICTMENT

The Grand Jury Charges:

Count One
Possession of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about June 15, 2011, in the Fort Worth Division of the Northern District of Texas, defendant **Marco A. Flores** knowingly possessed matter, specifically, a Western Digital hard drive, serial number WD-WMAM9DV55311, that contained visual depictions of minors engaged in sexually explicit conduct and that was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

Included in the images possessed by **Flores** were the following two described files visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| File name | Description of the image |
|---|---|
| daisy-019-050 - 12 yr old underage child daughter childsex childlover ptsc pthc lsm lsn pedo cum ass pussy hussyfan mafiasex r@ygold sandra lolita preteen model bd ls (1)(2)(1).jpg | Still image of a nude minor female approximately 11 to 13 years old lying on the ground with her legs spread apart to show her genital area. The minor is wearing purple gloves and has a purple sash tied around her stomach area. |
| Mossi - 11yo sex & rape - PTHC Hussyfan Kingpass].mpg | Video depicting a minor female approximately 8 to 10 years old performing oral-to-genital and sexual intercourse with an adult male. |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Flores** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[no further text on this page]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One Western Digital hard drive, serial number WD - WMAM9DV55311, seized from the Flores residence in Keller, Texas, on June 15, 2011.

A TRUE BILL

*Beth P. Bowman*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

Indictment - Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

MARCO A. FLORES (1)

INDICTMENT

18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2)
Possession of Visual Depictions of a Minor Engaged
in Sexually Explicit Conduct

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

FORT WORTH

FOREPERSON

Filed in open court this 16th day of May, 2012.

Defendant in custody.

UNITED STATES DISTRICT JUDGE
(4:12-MJ-116-BJ)

**ORIGINAL**

*Criminal Case Cover Sheet*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No | |
| New Defendant: ☒ Yes ☐ No | |
| Pending CR Case in NDTX: ☐ Yes ☒ No | |
| Search Warrant Case Number: | |
| Rule 20 from District of: | |
| Magistrate Case Number: | 4:12-MJ-00116-BJ |

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   Sealed:  ☐ Yes  ☒ No

   Defendant Name
   **MARCO A. FLORES (1)**
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA  Aisha Saleem                State Bar # 00786218

3. **Interpreter**
   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date: 3-30-12

   ☒ Federal Inmate
   ☐ Already in State Custody
   ☐ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. §§ 2252(a)(4)(b) and 2252(b)(2) | Possession of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct | 1 |
   | 18 U.S.C. § 2253 | Forfeiture | |

   Date 05/15/2012                Signature of AUSA: *Aisha Saleem*