IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: STANDING ORDER        §
CONCERNING PAPER FILING IN   §
CASES ASSIGNED TO U.S.       §
DISTRICT JUDGE JOHN McBRYDE  §

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## STANDING ORDER

Because of the uncertainty that might be created by Local Rule LR 5.1 of the Local Civil Rules and Rule LCrR 49.2 of the Local Criminal Rules of this court concerning the document-filing requirements of the undersigned,

The undersigned DIRECTS that:

No document will be filed in any case on the docket of the undersigned by electronic means; and, all documents filed in any case on the docket of the undersigned shall be in traditional paper form, bearing the original signature of the filing party and complying with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the local rules of this court applicable to paper filings.

An exception to the foregoing is that documents filed in an action before the action is assigned to the docket of the undersigned are authorized to be electronically filed; provided, if any such document has been electronically filed in a civil

action before the action has been assigned to the docket of the undersigned, and if the action is not one that is on the docket of the undersigned by reason of a transfer from another federal court or judge, the filing party shall deliver to the clerk of court within three (3) business days of the receipt of this order the original and one copy of each such document in paper form, bearing original signatures as if the documents had been filed in paper form, and shall staple to the front of the original of each such document a copy of the Notice of Electronic Filing related to the previous electronic filing of the document.

Any party who initiates a civil action that is assigned to the docket of the undersigned shall serve a copy of this order by certified or registered mail, return receipt requested, on each other party to the action within five (5) days of receipt of this order.  If an additional party is joined in such action, the party or parties causing the joinder of the additional party shall serve a copy of this order on the additional party, by certified or registered mail, return receipt requested, within five (5) days of the joinder of the additional party.

In each criminal case, the government shall serve a copy of this order on each defendant's counsel, by certified or

registered mail, return receipt requested, within five (5) days after the identity of defense counsel is known, either by reason of entry of appearance or order appointing counsel.

SIGNED August 29, 2008.

_____
JOHN McBRYDE
United States District Judge