Case 4:12-cr-00097-A   Document 13   Filed 05/17/12   Page 1 of 1   PageID 26

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 17 2012

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:12-CR-097-A |
| MARCO A. FLORES | § | |

O R D E R

The court ORDERS that the arraignment hearing of defendant, **MARCO A. FLORES, be, and is set for 9:30 a.m. on May 23, 2012,** before the Honorable Jeffrey L. Cureton, United States Magistrate Judge, in the 2nd Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Marco A. Flores, his attorney, and the attorney of United States of America responsible for handling this action be present at **9:15 a.m. at such date and place to insure a timely start of the hearing.**

SIGNED May 17, 2012.

_____
JOHN McBRYDE
United States District Judge