ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 5 2014
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

RECEIVED
JUN - 5 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

My name is Marco Flores reg# 44317-177 I wanted to ask if you guys can appoint me a lawyer to appeal my case again my charge was possesion of Visual Depictions of a Minor Engaged in sexvally Explict Conduct 96 month Sentence 3559 PLRA Sentence with life Probation. I want to do whatever is possible to change this please I been arrested since the age of 18 I am 21 at this moment I dont want my life to be marked up like this. I know there is more than Just my points to appeal please help me out.

Sincerely,

[signature]

AUSTIN TX 787
RIO GRANDE DISTRICT
02 JUN 2014 PM 2 L

JUN - 5 2014

Earle Cabell Federal Building
and US Courthouse
1100 Commerce Street, Room 1452
Dallas, TX 75242

75242$1027

Federal Correctional Institution
Name: Marco Flores
Register No: 44317-177
P.O. Box 1010
Bastrop, TX 78602