U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2014
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | NO. 4:12-CR-097-A |
| | § | |
| MARCO A. FLORES | § | |

ORDER

Came on for consideration a motion to appoint counsel filed in the above action by defendant, **MARCO FLORES**. Defendant is asking that the court appoint counsel to file another appeal of his criminal case. On October 12, 2012, the court sentenced defendant to a term of imprisonment of ninety-six months, to be followed by a lifetime term of supervised release. The United States Court of Appeals for the Fifth Circuit affirmed the sentence in October 2013. At this point, defendant may challenge his sentence only through a motion pursuant to 28 U.S.C. § 2255, bearing in mind the applicable limitations period. Defendant is not entitled to appointment of counsel to file such a challenge, nor does the instant motion identify any other grounds for which he would be entitled to counsel. Therefore,

The court ORDERS that defendant's motion to appoint counsel be, and is hereby, denied.

SIGNED June 10, 2014.

JOHN McBRYDE
United States District Judge